UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO.: 4: 26CR0088 |
| JUSTIN TREADWELL | § | |

**UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE**

TO THE HONORABLE JUDGE BENNETT:

COMES NOW, JUSTIN TREADWELL, hereinafter referred to as Defendant, by and through his counsel of record, Joel H. Bennett, and files this Motion to Amend the Conditions of Pretrial Release and would respectfully show unto the Court the following:

On or about March 5, 2026, Defendant was released in the above case and placed on pretrial release with a number of conditions. Included among the conditions was to continue or actively seek employment. Defendant is also restricted to travel and residence with Harris and the surrounding counties.

Defendant has been actively seeking employment but has been unable to secure employment. Defendant now has a job opportunity to work a "shutdown" at an energy refinery plant in Owensville, Indiana. The job would be with Duke Energy Refinery, 1097 N 950 W, West Owensville, Indiana 47665. The shutdown job is expected to last approximately three (3) months or less. In addition to the requirements from the Court, Defendant's lack of employment as caused his debt to increase and he is in need of this job. Defendant's living arrangements are to be determined but would likely be at a hotel in the area. The job is available as soon as Defendant can get to the location. Defendant Treadwell has been in compliance with the conditions of his release.

Counsel for Defendant has conferred with Thomas Carter, III, Counsel for the United States Attorney's Office for the Southern District, and he is/would be unopposed to this motion if and when Defendant has entered into the plea agreement between the parties. Counsel has also spoken to

Defendant's Probation Officer and he is unopposed to this Motion. Defendant would be transferred/supervised to the appropriate district in Indiana for the duration of the job.

Wherefore defendant Justin Treadwell requests the Court to modify his conditions of pretrial release to allow him this job opportunity.

Respectfully submitted,

SEARS, BENNETT, & GERDES, LLP

Joel H. Bennett

Joel H. Bennett
Federal ID # 20649
SBOT # 00787069
17047 El Camino Real, Suite 120
Houston, Texas 77058
(281) 389-2118 – Telephone
(866) 817-5155 – Facsimile
joel@searsandbennett.com

ATTORNEY FOR JUSTIN TREADWELL

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant has conferred with Thomas Carter, III, Counsel for the United States Attorney's Office for the Southern District, and Defendant's Probation Officer and they are unopposed to this Motion as outlined in the motion.

Joel H. Bennett

Joel H. Bennett

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion to Travel has been served on all parties via the Federal E-File system on this the 11th day of May, 2026.

Joel H. Bennett

Joel H. Bennett

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO.: 4: 26CR0088 |
| JUSTIN TREADWELL | § | |

**ORDER ON DEFENDANT TREADWELL'S MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE**

On this day, the Court considered Defendant's, JUSTIN TREADWELL, Motion to Amend the Conditions of Pretrial Release and after considering the motion, the court hereby:

_______ GRANTS the Motion and will permit travel/residence as reflected in the motion during the pendency of the job, or

_______ DENIES the motion, to which Defendant excepts.

SIGNED: __________________________, 2026.

______________________________
JUDGE ALFRED BENNETT