UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO.: 4: 26CR0088 |
| JUSTIN TREADWELL | § | |

**UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE**

TO THE HONORABLE JUDGE BENNETT:

COMES NOW, JUSTIN TREADWELL, hereinafter referred to as Defendant, by and through his counsel of record, Joel H. Bennett, and files this Motion to Amend the Conditions of Pretrial Release and would respectfully show unto the Court the following:

On or about March 5, 2026, Defendant was released in the above case and placed on pretrial release with a number of conditions. Included among the conditions was to continue or actively seek employment. Defendant is also restricted to travel and residence with Harris and the surrounding counties. This Court granted Defendant to work in Indiana for up to three (3) months at an energy refinery plant. That order was signed on May 13, 2026.

The job in Indiana will be completed earlier than the projected 3 month time frame. The company has offered Defendant a job at new location. The new job location is in or around Nederland, Texas, which is approximately 90-100 miles from Houston. The new job is expected to last approximately one and one-half years. This job is due to begin on July 1, 2026. Defendant's living arrangements are to be determined but would likely be in the Nederland area. Defendant Treadwell has been in compliance with the conditions of his release, including his time in Indiana. Defendant would be under the same conditions imposed by the Court for the previous motion.

Counsel for Defendant has conferred with Thomas Carter, III, Counsel for the United States Attorney's Office for the Southern District, and he is unopposed to this motion. Counsel has also spoken to Defendant's Probation Officer and he is unopposed to this Motion. Defendant would be working in the Eastern District of Texas.

Wherefore defendant Justin Treadwell requests the Court to modify his conditions of pretrial release to allow him this job opportunity.

Respectfully submitted,

SEARS, BENNETT, & GERDES, LLP

*Joel H. Bennett*

Joel H. Bennett
Federal ID # 20649
SBOT # 00787069
17047 El Camino Real, Suite 120
Houston, Texas 77058
(281) 389-2118 – Telephone
(866) 817-5155 – Facsimile
joel@searsandbennett.com

ATTORNEY FOR JUSTIN TREADWELL

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant has conferred with Thomas Carter, III, Counsel for the United States Attorney's Office for the Southern District, and Defendant's Probation Officer and they are unopposed to this Motion as outlined in the motion.

*Joel H. Bennett*

Joel H. Bennett

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion to Travel has been served on all parties via the Federal E-File system on this the 29th day of June, 2026.

*Joel H. Bennett*

Joel H. Bennett

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO.: 4: 26CR0088 |
| JUSTIN TREADWELL | § | |

**ORDER ON DEFENDANT TREADWELL'S UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE**

On this day, the Court considered Defendant's, JUSTIN TREADWELL, Unopposed Motion to Amend the Conditions of Pretrial Release and after considering the motion, the court hereby:

GRANTS the Motion and will permit travel/residence as reflected in the motion during the pendency of the job, and further orders the following conditions:

- Defendant is to report his residence in the Eastern District of Texas within twenty-four (24) hours of his arrival in the Eastern District to the Probation Department;
- Defendant is not permitted to travel outside the Eastern District of Texas, except for work with prior approval from the Court or to return to the Southern District of Texas;
- Defendant is to return to the Southern District of Texas at the conclusion of his employment in the Eastern District of Texas.

SIGNED: __________________________, 2026.

_______________________________
JUDGE ALFRED BENNETT