UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO.: 4: 26CR0088 |
| JUSTIN TREADWELL | § | |

**MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE**

TO THE HONORABLE JUDGE BENNETT:

COMES NOW, JUSTIN TREADWELL, hereinafter referred to as Defendant, by and through his counsel of record, Joel H. Bennett, and files this Motion to Amend the Conditions of Pretrial Release and would respectfully show unto the Court the following:

On or about March 5, 2026, Defendant was released in the above case and placed on pretrial release with a number of conditions. Included among the conditions was to continue or actively seek employment. Defendant is also restricted to travel and residence with Harris and the surrounding counties. This Court granted Defendant to work in Indiana for up to three (3) months at an energy refinery plant. That order was signed on May 13, 2026.

The job in Indiana was completed earlier than the projected 3 month time frame. Defendant is again looking for employment and has another opportunity to work a "sutdown" in Wever, Iowa. The location of the employment would be at the Koch Iowa Fertilizer Complex. This job is due to begin on August 3, 2026 and last 45 days. Defendant's living arrangements are to be determined but would likely be in area of the complex. Defendant Treadwell has been in compliance with the conditions of his release, including his time in Indiana. Defendant would be under the same conditions imposed by the Court for the previous motion. Defendant is set for sentencing on September 3, 2026 and would of course be present in Court on that day.

Counsel for Defendant has conferred with Craig Feazel, Counsel for the United States Attorney's Office for the Southern District, and he is unopposed to this motion. Counsel has also

reached out to Defendant's Probation Officer Bradley Worembke to get his position but have not received a response as of the filing of this motion.

Wherefore defendant Justin Treadwell requests the Court to modify his conditions of pretrial release to allow him this job opportunity.

Respectfully submitted,

SEARS, BENNETT, & GERDES, LLP

*Joel H. Bennett*

Joel H. Bennett
Federal ID # 20649
SBOT # 00787069
17047 El Camino Real, Suite 120
Houston, Texas 77058
(281) 389-2118 – Telephone
(866) 817-5155 – Facsimile
joel@searsandbennett.com

ATTORNEY FOR JUSTIN TREADWELL

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant has conferred with Thomas Carter, III, and Craig Feazel Counsel for the United States Attorney's Office for the Southern District, and they are unopposed and Defendant's Probation Officer has not responded to the request for his position on this motion.

*Joel H. Bennett*

Joel H. Bennett

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion to Modify Conditions of Release has been served on all parties via the Federal E-File system on this the 27th day of July, 2026.

*Joel H. Bennett*

Joel H. Bennett

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO.: 4: 26CR0088 |
| JUSTIN TREADWELL | § | |

**ORDER ON DEFENDANT TREADWELL'S UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE**

On this day, the Court considered Defendant's, JUSTIN TREADWELL, Unopposed Motion to Amend the Conditions of Pretrial Release and after considering the motion, the court hereby:

GRANTS the Motion and will permit travel/residence as reflected in the motion during the pendency of the job, and further orders the following conditions:

- Defendant is to report his residence in Wever, Iowa within twenty-four (24) hours of his arrival at the location to the Probation Department;
- Defendant is not permitted to travel outside the district including Wever, Iowa, or to return to the Southern District of Texas;
- Defendant is to return to the Southern District of Texas at the conclusion of his employment in Iowa.

SIGNED: __________________________, 2026.

______________________________
JUDGE ALFRED BENNETT